UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DEBBIE A. KENFIELD,

        Plaintiff,

   v.

JO ANNE B. BARNHART,

        Defendant.

Case No.  C04-5777FDB

ORDER TO SHOW CAUSE

The court has reviewed the record in this matter and hereby finds and orders as follows:

(1) Plaintiff filed a complaint in this matter on November 16, 2004.

(2) Defendant appeared in this matter and filed an Answer to the complaint on January 14, 2005.

(3) The Court issued a briefing schedule on January 19, 2005, wherein plaintiff's opening brief was due on February 16, 2005.  Plaintiff has not filed an opening brief.

Accordingly, plaintiff is directed to show cause why this matter should not be summarily dismissed for lack of prosecution by no later than **August 15, 2005.**

The Clerk of Court is directed to send a copy of this Order to plaintiff.

DATED this 15th day of July, 2005.

                            */s/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge